UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATHANIEL HARTFORD, JR | * | CIVIL ACTION NO: 08-2276 |
| | * | |
| | * | JUDGE PETE BEER |
| VERSUS | * | |
| | * | MAGISTRATE SHUSHAN |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |

### ORDER ON MOTION TO STAY

IT IS ORDERED that ~~this matter be stayed and~~ all deadlines be extended for ninety (90) days from today's date, ~~pending the outcome of ongoing settlement negotiations~~.

NEW ORLEANS, LOUISIANA, this 30th day of JUNE, 2008.

_____
PETE BEER
UNITED STATES DISTRICT JUDGE